

**NUMBER 13-11-00247-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ELIZABETH A. MORA,** <span style="float:right">**Appellant,**</span>

**v.**

**PHARIA, LLC.,** <span style="float:right">**Appellee.**</span>

---

### On Appeal from the County Court at Law No. 1
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Elizabeth A. Mora, perfected an appeal from a judgment entered by the County Court at Law No. 1 of Cameron County, Texas, in cause number 2008-CCL-1123-A. On November 4, 2011, the appeal was abated to the trial court for findings regarding an error in the exhibit volume of the court reporter's record. This appeal is hereby REINSTATED.

The parties have filed a joint motion to dismiss the appeal on grounds that all matters in controversy between them in this cause have been fully compromised and settled. The parties request that this Court dismiss this case.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
8th day of March, 2012.